# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIE CITERME** and **GLAGUY CITERME,**
Appellants,

v.

**LUCKENSON AUGUSTIN,**
Appellee.

No. 4D2024-2457

[December 4, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE24036520.

Adam E. Miller of Miller Law Group, Pompano Beach, for appellants.

No Appearances for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***